UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN BLOSSEY,

          Plaintiff,

v.                                    Case No. 12-15091

COMMISSIONER OF SOCIAL          HON. TERRENCE G. BERG
SECURITY,                       HON. MARK A. RANDON
          Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation of December 18, 2013, (Dkt. 15) recommending that Plaintiff's motion for summary judgment be denied, that Defendant's motion for summary judgment be granted, and that the Commissioner be affirmed.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court has reviewed and will accept the Magistrate Judge's Report and Recommendation of December 18, 2013, (Dkt. 15) as the findings and conclusions of this court.

Accordingly, it is hereby ORDERED that Magistrate Judge Randon's Report and Recommendation of December 18, 2013, (Dkt. 15) is ACCEPTED and ADOPTED.

It is FURTHER ORDERED that Plaintiff's motion for summary judgment (Dkt. 12) is DENIED and Defendant's motion for summary judgment (Dkt. 14) is GRANTED.

It is FURTHER ORDERED that the findings of the Commissioner are AFFIRMED.

s/Terrence G. Berg<br>
TERRENCE G. BERG<br>
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2014

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 10, 2014, using the CM/ECF system, which will send notification to each party, and/or ordinary mail.

By: s/A. Chubb<br>
Case Manager